**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Stefano Peter CAIOLA and Stefano
Tortelli Manzo, Defendants-
Appellants.**

**No. 151, Docket 23321.**

United States Court of Appeals,
Second Circuit.

Argued March 17, 1955.

Decided March 17, 1955.

Anthony S. Falcone, Utica, N. Y., for defendants-appellants.

Theodore F. Bowes, U. S. Atty., for Northern Dist. of N. Y., Syracuse, N. Y. (Richard E. Bolton, Asst. U. S. Atty., Troy, N. Y., of counsel), for plaintiff-appellee.

Before CLARK, Chief Judge, FRANK, Circuit Judge, and GALSTON, District Judge.

PER CURIAM.

Appeal dismissed in open court for want of jurisdiction. 17 F.R.D. 326.

**In the Matter of Aaron S. FREUD-
MAN, Bankrupt.**

**No. 167, Docket 23302.**

United States Court of Appeals,
Second Circuit.

Argued March 7 and 8, 1955.

Decided March 29, 1955.

Sidney M. Wittner, New York City, for bankrupt-appellant.

Lyman Stansky, Trustee pro se, New York City, for trustee-respondent.

Before MEDINA and HINCKS, Circuit Judges, and BURKE, District Judge.

PER CURIAM.

Affirmed on opinion of Judge Dimock filed June 1, 1954, 130 F.Supp. 701.